VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Waylon McMullen

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 01-20059    JW |
| | ) No. CR 04-20025    JW |
| Plaintiff, | ) |
| | ) STIPULATION RE CONTINUANCE |
| v. | ) OF SENTENCING DATE; |
| | ) [PROPOSED] ORDER |
| WAYLON MCMULLEN            , | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated between the defendant Waylon McMullen, by and through his attorney

of record VICKI H. YOUNG, and the government, through Assistant United States Attorney David

Callaway, that the sentencing date of December 15, 2008, at 1:30 p.m. be continued to January 12,

2009, at 1:30 p.m.

The reason for this continuance is that defense counsel needs additional time to provide

information to the probation officer prior to the completion of the draft report.

U.S. Probation Officer Charlie Mabie has been notified of this continuance and has no

objection to the new date.

It is so stipulated.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1   Dated:      November 20, 2008         Respectfully submitted,

2

3
                                    /s/ Vicki H. Young

4
                                    VICKI H. YOUNG, ESQ.
                                    Attorney for Waylon McMullen

5

6   Dated:      November 20, 2008         JOSEPH RUSSIONELLO
                                    UNITED STATES ATTORNEY

7

8
                                    /s/  David Callaway

9
                                    DAVID CALLAWAY
                                    Assistant United States Attorney

10

11

12

13                           **[PROPOSED] ORDER**

14

15       GOOD CAUSE BEING SHOWN, the sentencing date of December 15, 2008, is continued to

16   January 12, 2009 at 1:30 PM.

17       IT IS SO ORDERED.

18   DATED: November 20, 2008

19                                    _____

20       JAMES WARE
       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26