VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Waylon McMullen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-20059 JW |
| Plaintiff, | No. CR 04-20025 JW |
| v. | STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER |
| WAYLON MCMULLEN, | |
| Defendant. | |

It is hereby stipulated between the defendant Waylon McMullen, by and through his attorney of record Vicki H. Young, and the government, through Assistant United States Attorney David R. Callaway, that the briefing schedule for the May 4, 2009, sentencing/restitution hearing be set as follows:

| | |
|---|---|
| March 23, 2009 - | Defendant's Brief |
| April 6, 2009 - | Government's Response |
| April 20, 2009 - | Defendant's Response |
| May 4, 2009 - | Sentencing/Restitution hearing |

STIPULATION RE BRIEFING SCHEDULE;
[PROPOSED] ORDER
- 1 -

1  ///

2

3     It is so stipulated.

4  Dated:      February 5, 2009              Respectfully submitted,

5

6
                                              /s/ Vicki H. Young
7                                            VICKI H. YOUNG, ESQ.
                                             Attorney for Waylon McMullen
8

9  Dated:      February 5, 2009              JOSEPH RUSSIONIELLO
                                             UNITED STATES ATTORNEY
10

11
                                             /s/ David R. Callaway
12                                           DAVID R. CALLAWAY
                                             Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE BRIEFING SCHEDULE;
[PROPOSED] ORDER
                                    - 2 -

xxxxxxxxxxx **ORDER**

GOOD CAUSE BEING SHOWN, the briefing schedule for the May 4, 2009, sentencing/restitution hearing is set as follows:

| | |
|---|---|
| March 23, 2009 - | Defendant's Brief |
| April 6, 2009 - | Government's Response |
| April 20, 2009 - | Defendant's Reply |
| May 4, 2009 - | Sentencing/Restitution Hearing at 1:30 PM |

IT IS SO ORDERED.

DATED: March 16, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE;
[PROPOSED] ORDER

- 3 -